1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  TRUSTEES OF VALLEY CARPET LAYERS  )
    INDUSTRY TRUST FUNDS,             )      2:07-cv-187-GEB-GGH
11                                    )
                      Plaintiff,      )
12                                    )      ORDER TO SHOW CAUSE
         v.                           )      AND CONTINUING STATUS
13                                    )      (PRETRIAL SCHEDULING)
    MACIZO CONTRACT FLOORING, INC.,   )      CONFERENCE
14                                    )
                      Defendant.      )
15  _____  )

16        The January 29, 2007, Order Setting Status (Pretrial

17  Scheduling) Conference ("January 29 Order") scheduled a status

18  conference in this case for April 23, 2007, and required the parties

19  to file a joint status report no later than fourteen days prior to the

20  status conference.  The Order further required that a status report be

21  filed regardless of whether a joint report could be procured.  A

22  status report was not timely filed as ordered.

23        Plaintiff is Ordered to Show Cause (OSC) in a writing to be

24  filed no later than 4:00 p.m. on June 4, 2007, why sanctions should

25  not be imposed against it and/or its counsel under Rule 16(f) of the

26  Federal Rules of Civil Procedure for the failure to file a timely

27  status report.  Plaintiff's written response shall also explain the

28  status of Plaintiff's efforts to pursue a default judgment against

1

1    Defendant.

2           The written response shall also state whether Plaintiff or

3    its counsel is at fault and whether a hearing is requested on the

4    OSC.[1]  If a hearing is requested, it will be held on June 18, 2007, at

5    9:00 a.m., just prior to the status conference, which is rescheduled

6    to that date.

7           In accordance with the requirements set forth in the January

8    29 Order, the parties shall file a joint status report no later than

9    fourteen days prior to the status conference.

10          IT IS SO ORDERED.

11   Dated:  April 11, 2007

12

13                                      _____
                                        GARLAND E. BURRELL, JR.
14                                      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26   _____

27          [1]   "If the fault lies with the attorney, that is where the
     impact of sanction should be lodged.  If the fault lies with the
     clients, that is where the impact of the sanction should be
28   lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th
     Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the
     faults of attorneys, and their consequences, are visited upon
     clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

                                        2