UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF VALLEY CARPET LAYERS INDUSTRY TRUST FUNDS,<br><br>               Plaintiff,<br><br>   v.<br><br>MACIZO CONTRACT FLOORING, INC.,<br><br>               Defendant. | 2:07-cv-187-GEB-GGH<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

       Plaintiff's response to the Order to Show Cause issued April 11, 2007, reveals that Plaintiff lacks justification for failing to have filed a timely status report.  Further, Plaintiff filed a motion for default judgment on June 4, 2007, that reveals Plaintiff mistakenly believes it is authorized to notice a default judgment proceeding before the assigned district judge.  Since Plaintiff is not authorized to notice the referenced default matter before the assigned district judge, that matter is removed from said judge's law and motion calendar.  It is evident that Plaintiff's counsel is unmindful of his obligation to comply with a Rule 16 order of this court and the Local Rule applicable to default judgment.  Attorneys "practicing law in federal court [are expected] to become familiar with and follow rules applicable to practice in this court."  Dela Rosa v. Scottsdale

1

1  Mem'l Health Sys., Inc., 136 F.3d 1241, 1244 (9th Cir. 1998).
2           Unless Plaintiff notices a default judgment proceeding
3  before the correct judge of this court within ten (10) days from the
4  date this order is filed, this action may be dismissed for failure to
5  prosecute.  The status (pretrial scheduling) conference scheduled in
6  this case for June 18, 2007, is continued to September 17, 2007.
7  Plaintiff shall file a status report not later than fourteen days
8  prior to the scheduling conference, in which Plaintiff is only
9  required to explain the status of the default issue.
10          IT IS SO ORDERED.
11 Dated:  June 5, 2007

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge