IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TRUSTEES OF VALLEY CARPET LAYERS
INDUSTRY TRUST FUNDS,

        Plaintiff,                                   CIV. NO. S- 07-0187 GEB GGH

  vs.

MACIZO CONTRACT FLOORING, INC.,

        Defendant.                                 ORDER
_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on July 26, 2007. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. July 26, 2007 hearing on the amended motion for default judgment, filed June 12, 2007, is vacated; and

        2. The motion is submitted on the record.

DATED: 7/11/07                                            /s/ Gregory G. Hollows

                                                              GREGORY G. HOLLOWS
                                                               U. S. MAGISTRATE JUDGE

GGH:076:Trustees0187.def.wpd